Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorney for Plaintiffs Wharton Capital Partners Ltd
and Wharton Capital Markets LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| WHARTON CAPITAL PARTNERS LTD. and WHARTON CAPITAL MARKETS LLC, | No. 08 Civ. _____ |
| Plaintiffs, | **Rule 7.1 Statement** |
| -against- | |
| XSUNX, INC., | |
| Defendant. | |

08 CV 0056

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for all Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates, and/or subsidiaries of said parties that are publicly held:

NONE

563501-1

Dated: New York, New York
      January 3, 2008

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By:_____

Jeffrey A. Udell (JU0411)
*Attorney for Plaintiffs Wharton Capital Partners*
*Ltd and Wharton Capital Markets LLC*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

2

563501-1