```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
WHARTON CAPITAL PARTNERS LTD. and
WHARTON CAPITAL MARKETS LLC,

                Plaintiffs,

    -against-

XSUNX, INC.,

                Defendant.
---------------------------------------- x

**STIPULATION EXTENDING THE DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

08 Civ. 0056

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendant's time to serve its answer or otherwise respond to the complaint is extended from February 4, 2008 to February 11, 2008.

Dated: Garden City, New York
        January 28, 2008

_____
Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Attorneys for Plaintiffs
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

_____
Howard M. Miller (HM4538)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
1399 Franklin Avenue
Suite 200
Garden City, New York 11530
(516) 267-6318

SO ORDERED 2/4/08

_____
SIDNEY H. STEIN
U.S.D.J.

59100.1 1/28/2008