UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WHARTON CAPITAL PARTNERS LTD. and,    Index No.:    08-CV-0056
WHARTON CAPITAL MARKETS LLC,

                      Plaintiffs,    **RULE 7.1 STATEMENT**

- against -

XSUNX, INC.

                      Defendant.
-------------------------------------------------------------X

     Defendant XSUNX, INC. by and through its attorneys, BOND, SCHOENECK & KING, PLLC, hereby declares as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

     1. Said Defendant has no parent corporation.

     2. No publicly held corporation holds 10% or more of said Defendants stock.

Dated: Garden City, New York
       February 11, 2008

                                            Respectfully submitted,

                                            BOND, SCHOENECK & KING, PLLC

                                            s/Howard M. Miller
                                            By: Howard M. Miller (HMM: 4538)
                                            Attorneys for Defendant
                                            1399 Franklin Avenue, Suite 200
                                            Garden City, New York  11530
                                            (516) 267-6300

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN PROME
ROSENZWEIG & WOLOSKY LLP
Attorneys for Plaintiff
65 East 55th Street
New York, New York 10022
(212) 451-2300

                s/Howard M. Miller
                By: Howard M. Miller (HMM: 4538)
                Attorneys for Defendant
                1399 Franklin Avenue, Suite 200
                Garden City, New York 11530
                (516) 267-6300