```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WHARTON CAPITAL PARTNERS, LTD., and   :   08 Civ. 56 (SHS)
WHARTON CAPITAL MARKETS, LLC,
                                      :
                Plaintiffs,
                                      :
        -against-                         ORDER
                                      :
XSUNX, INC.,
                                      :
                Defendant.

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   A pretrial conference having been held today, with counsel for all parties present,

   IT IS HEREBY ORDERED that:

   1.   The last day for defendant to move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) is April 14, 2008;

   2.   Plaintiffs' response is due on or before May 5, 2008;

   3.   The reply is due on or before May 15, 2008; and

   4.   If no motion is made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       March 21, 2008

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.