UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WHARTON CAPITAL PARTNERS    :
LTD, et ano,
                                                                    :
                              Plaintiffs,         **ORDER**

                                      :         08 Civ. 56 (SHS)(FM)
             -against-
                                                                    :

XSUNX, INC.,                                          :

                                 Defendant.
------------------------------------------------------------x

XSUNX, INC.,                                          :

                                Plaintiff,          :

             -against-                                   :        08 Civ. 2150 (SHS)(FM)

WHARTON CAPITAL PARTNERS    :
LTD, et al.,
                                                                    :
                               Defendants.
                                                                    :
------------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/9/08]

**FRANK MAAS**, United States Magistrate Judge.

       It is hereby ORDERED that the settlement conference in these matters previously scheduled for May 28, 2008, is rescheduled for May 1, 2008, at 10:00 a.m. in Courtroom 20A, 500 Pearl Street, New York, New York.

       SO ORDERED.

Dated:     New York, New York
              April 8, 2008

                                                          /s/ Frank Maas
                                                FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable Sidney H. Stein
United States District Judge

Jeffrey Adam Udell, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Fax: (212) 451-2222

Howard M Mille, Esq.
Rains & Pogrebin, P.C.
Fax: (516) 267-6301

Judith L Meadow, Esq.
Russ, August & Kabat
Fax: (310) 826-6991

William A Floratos, Esq.
Floratos Loll & Devine
Fax: (949) 553-0750