**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

Wharton Capital Partners, Ltd. Plaintiff,

                                                    08 CIVIL 0056    (SHS)(FM)
                  -against-

Xsunx, Inc.

                          Defendant.
-------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Howard M. Miller

☒    *Attorney*

   ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        HM  4538

   ☐    I am a Pro Hac Vice attorney

   ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

   From:   Rains & Pogrebin, P.C.

   To:    Bond, Schoeneck & King, PLLC

   ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge _____
        _____.

☒    *Address:*    1399 Franklin Avenue, Suite 200, Garden City, NY  11530

☒    *Telephone Number:*    (516) 267-6300

☒    *Fax Number:*    (516) 267-6301

☒    *E-Mail Address:*    hmiller@bsk.com

Dated:  April 7, 2008