UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Wharton Capital Partners, et al.,

          Plaintiff(s),

-against-

Xsunx, Inc.

          Defendant(s).
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

ORDER OF DISCONTINUANCE

08 Civ. 56 (HS)(FM)
08 Civ. 2150 (SHS)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
             May 1, 2008

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff Wharton Capital
Jeffrey Udell, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky LLP

Agreed and Consented to:

_____
Wharton Capital Partners, Ltd., et al.

_____
Attorney(s) for Defendant Xsunx, Inc.
Howard Miller, Esq.
Bond, Schoeneck & King, PLLC

Agreed and Consented to:

_____
Xsunx, Inc.